JIANLIN SONG (SBN 289226)
Jianlin.Song@wilsonelser.com
TRISHALA PARIKH (SBN 355198)
Trishala.Parikh@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Fax:          (415) 434-1370

Attorneys for Defendants,
EVINATURE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

# SAN JOSE DIVISION

| | |
|---|---|
| SUZANNAH BERGSTEIN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EVINATURE INC., EVINATURE LTD, and DOES ONE through TWENTY,<br><br>　　　　　Defendants. | Case No.:<br><br>**DEFENDANT EVINATURE INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Removal from the Superior Court of California, County of Santa Clara Case No.26CV485977] |

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant EVINATURE INC., by and thorough its undersigned counsel, makes the following disclosure:

///

///

///

///

///

1
DEFENDANT EVINATURE INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant EVINATURE INC.'s parent corporation is EVINATURE LTD., which owns 100% of the stock of EVINATURE INC. No publicly held corporation owns 10% or more of the stock of EVINATURE INC.

Dated: March 4, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Jianlin Song*
JIANLIN SONG
TRISHALA PARIKH
Attorneys for Defendant
EVINATURE INC

# CERTIFICATE OF SERVICE

*Bergstein v. Evinature Inc., et al.*
**Santa Clara Superior Court Case No.: 26CV485977**

I hereby certify that on **March 4, 2026,** I served the documents described as:

**DEFENDANT EVINATURE INC.'S CORPORATE DISCLOSURE STATEMENT**

[ ]   **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

[**X**]   **BY E-MAIL OR ELECTRONIC TRANSMISSION** – Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco, CA 94111.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 4, 2026,** at San Francisco, California.

                          */s/ Karri L. Murphy*
                          Karri L. Murphy

# SERVICE LIST

*Bergstein v. Evinature Inc., et al.*
**Santa Clara Superior Court Case No.:  26CV485977**

Khaldoun A. Baghdadi, Esq.
Joseph Nicholson, Esq.
Amalie Yach, Esq.
LAW OFFICES OF WALKUP, MELODIA, KELLY & SCHOENBERGER
A Professional Corporation
650 California St., 26th Fl.
San Francisco, CA  94108-2615
Ph: (415) 981-7210
kbaghdadi@walkuplawoffice.com; jnicholson@walkuplawoffice.com; ayach@walkuplawoffice.com
***Attorneys for Plaintiff SUZANNAH BERGSTEIN***

DEFENDANT EVINATURE INC.'S CORPORATE DISCLOSURE STATEMENT